UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CRAIG MASON** | : | No. 04-720-1 |

**O R D E R**

**AND NOW,** this 18th day of September, 2015, upon consideration of the Defendant's Pro Se Motion for a Reduction of Sentence pursuant to 18 U.S. C. §3582(c)(2) and Amendment 782 to the Sentencing Guidelines (Doc. No. 71), and the Government's Response (Doc. No. 73) thereto, it is hereby **ORDERED** that the Motion is **DENIED** for the reasons set forth in the Government's Response, namely that because Mr. Mason's sentence was imposed pursuant to and consistent with statutorily mandated minimum sentences and, hence, is not subject to any reduction pursuant to 18 U.S.C. §3582(c)(2) and/or Sentencing Guidelines Amendment 782. See U.S.S.C. Guidelines §1B1.10; Dillon v. United States, 560 U.S. 817, 821 (2010).

BY THE COURT:

 /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge